# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 23, 2025
Lyle W. Cayce
Clerk

No. 25-60405

Ana Ruth Lopez-Vasquez,

*Petitioner*,

*versus*

Kristi Noem, *Secretary, U.S. Department of Homeland Security*,

*Respondent*.

Petition for Review from an Order of the
Department of Homeland Security
Agency No. A087 999 269

UNPUBLISHED ORDER

Before Jones, Richman, and Ramirez, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Petitioner's opposed motion to hold her petition for review in abeyance pending the agency's review of her protection claims is DENIED.

IT IS FURTHERED ORDERED that Petitioner's opposed motion to establish a briefing schedule to permit the parties to brief the applicability and merits of whether equitable tolling applies to 8 U.S.C. § 1252(b)(1) is GRANTED.

IT IS FURTHERED ORDER that Respondent's opposed motion to summarily dismiss the petition as untimely under *Riley v. Bondi*, 606 U.S. ___, 145 S. Ct. 2190 (2025), is DENIED.

IT IS FURTHERED ORDERED that Respondent's opposed motion for an extension of time to file the Administrative Record is GRANTED.